# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **ARRAIGNMENT** |
| v. | **AND PLEA MINUTES** |
| **HEBER TZOY-TZOY** | CASE NUMBER **25-cr-123** |

| | |
|---|---|
| HONORABLE WILLIAM E. DUFFIN, presiding | Court Reporter: Liberty |
| Deputy Clerk: Linda M. Zik | Hearing Began: 3:04 p.m. |
| Hearing Held: June 24, 2025 at 3:00 p.m. | Hearing Ended: 3:09 p.m. |

**Appearances:**

UNITED STATES OF AMERICA by: Margaret B. Honrath
Heber Tzoy-Tzoy, in person, and by: Joshua D. Uller        ☐ CJA ☑ FDS ☐ RET
U.S. PROBATION OFFICE by: Joe Werner
INTERPRETER: ☑ None   ☐ Sworn

☑ Original Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Misdemeanor   ☑ Felony

| | | | |
|---|---|---|---|
| Speedy Trial Date: | September 2, 2025 | District Judge: | Brett H. Ludwig |
| Plea Deadline: | TO BE SET | Bond Judge: | William E. Duffin |
| Final Pretrial Report | TO BE SET | Magistrate Judge: | Nancy Joseph |
| Final Pretrial Conf.: | TO BE SET | Motions Due: | July 9, 2025 |
| Jury Trial Date: | TO BE SET | Responses Due: | July 21, 2025 |
| Trial Length Estimate: | 1-2 days | Replies Due: | July 28, 2025 |

☐ Defendant consents to proceed via video
☑ Defendant advised of rights
☐ Court orders counsel appointed
☑ Defendant advised of charges, penalties, and fines
☑ Copy of indictment received by defendant
  ☑ Indictment read   ☐ defendant waives reading
☑ Not guilty plea entered by: ☑ defendant  ☐ the court
☑ Expanded discovery policy applies (*See* Order below)
  Discovery available: 6/27 or 6/30

☑ Government to disclose grand jury materials one day prior to trial
☐ Oral Motion for Complex Designation
  ☐ Granted  ☐ Denied
  ☐ Referred to
☐ Case designated complex
☐ Counsel Only Scheduling Conference:

  before Magistrate Judge

Maximum Penalties:
Count 1: 15 years Imprisonment; $250,000 Fine; 3 years Supervised Release; $100.00 Special Assessment

**IT IS HEREBY ORDERED** that as required by Federal Rule of Criminal Procedure 5(f), the court **ORDERS** that the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.

Detention continued as previously set.